IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>     v.<br><br>ANTOINE GAYE,<br><br>                 Defendant. | **8:16CR253**<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order entered today, judgment is entered in favor of the United States of America and against Antoine Gaye.

Dated this 9th day of May 2019.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge